Robert D. RICHARDSON,
Plaintiff–Appellant,

v.

Michael CARDELLA; Robert A.
Cowman; City of Sparks,
Defendants–Appellees.

No. 00–17347.

D.C. No. CV–00–00025–HDM.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 13, 2001.

Decided Nov. 20, 2001.

○ Before POLITZ *, W. FLETCHER and FISHER, Circuit Judges.

ORDER

The parties' stipulation of dismissal, filed November 13, 2001, is GRANTED. Each party shall bear it own costs. A copy of this order to the district court shall constitute this court's mandate.

* The Honorable Henry A. Politz, Senior Circuit Judge, United States Court of Appeals for the Fifth Circuit, sitting by designation.